# Court of Appeals, State of Michigan

## ORDER

Grass Lake Improvement Board v Dept of Environmental Quality

Docket No.    326571

LC No.       2014-001064 AA

Kurtis T. Wilder
Presiding Judge

William B. Murphy

Peter D. O'Connell
Judges

---

The Court orders that the July 19, 2016 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 2 1 2016

Date

Chief Clerk